[No. 10463. Department Two. January 3, 1913.]

CLARA MAY STEDMAN, *Respondent*, v. J. B. KEENER *et al.*, *Appellants.*[1]

APPEAL—RECORD—STATEMENT OF FACTS. In the absence of the evidence, brought up either by a bill of exceptions or statement of facts, it will be presumed that the verdict was properly returned.

Appeal from a judgment of the superior court for Pierce county, Clifford, J., entered November 22, 1911, upon the verdict of a jury rendered in favor of the plaintiff, in an action on contract. Affirmed.

*M. Mulligan* and *W. McB. Perrin*, for appellants.

PER CURIAM.—This action was brought by the plaintiff against defendants for the purpose of recovering money alleged to have been wrongfully invested by the defendant J. B. Keener. Demurrer to the complaint was made and overruled. Thereupon the defendants answered separately. The cause came on for trial before the court and a jury. The verdict was for the plaintiff. Motion for a new trial being made and overruled, judgment was entered upon the verdict, from which judgment this appeal was taken.

No transcript of the evidence introduced upon the trial has been brought to this court by either bill of exceptions or statement of facts, in the absence of which we will presume that the verdict was properly returned and the judgment rightfully entered.

The judgment will therefore be affirmed.

[1]Reported in 128 Pac. 1047.